| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Kenneth Fanizzi** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–7860** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Dorothy Fanizzi** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–4667** <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of New York <br> 271–C Cadman Plaza East, Suite 1595 <br> Brooklyn, NY 11201–1800 | | |
| Case number:   **1–15–44599–nhl** | | Chapter:   **7** |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Lori Lapin Jones (Trustee) is discharged as trustee of the estate of the above–named debtor(s).

- The Chapter 7 case of the above–named debtor(s) is closed.

s/ Nancy Hershey Lord <br>
United States Bankruptcy Judge

Dated: March 10, 2016

BLfnld7 [Final Decree 7 rev 12/01/15]